IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

TAMMY HALL,

    Plaintiff

VS.

                      NO: 3:12-cv-492

MIKE MORTON, Assessor of Property
and BLOUNT COUNTY, TENNESSEE,

    Defendants

## ORDER OF COMPROMISE AND DISMISSAL

In this cause, it appearing that the Parties have reached a Compromise of the matters in controversy and that this matter should be dismissed, it is accordingly

ORDERED that the pending matter be dismissed with prejudice to the refiling of same and that the filing fee of $350.00 paid by the Plaintiff shall be reimbursed by the Defendant, Blount County, Tennessee, making said reimbursement payment to counsel for the Plaintiff, Jack W. Piper, Jr.

ENTER this \_\_\_19th\_\_\_ day of \_\_\_Nov.\_\_\_, 2012.

                                *Thomas W. Phillips*
                                THOMAS W. PHILLIPS, District Judge

_____
JACK W. PIPER, JR.
Attorney for Plaintiff
O'CONNOR, PETTY, CHILD & PIPER
P.O. Box 219
Knoxville, TN 37901
(865) 525-7115

_____ w/ permission
CRAIG GARRETT  by JWP
Attorney for Blount County, TN
607 Smithview Drive
Maryville, TN 37803-6100

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and exact copy of the foregoing Order of Compromise and Dismissal has been served upon:

Mike Morton
3334 Melody Lane
Maryville, TN 37804

and

Craig L. Garrett
Attorney at Law
607 Smithview Drive
Maryville, TN 37803-6100

this __14__ day of __November__, 2012.

_____
JACK W. PIPER, JR.
Attorney for Plaintiff